# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| ALLEN LEON PLEASANT, | § | |
| :--- | :--- | :--- |
| Movant, | § | |
| | § | |
| v. | § | No. 3:18-cv-1276-M (BT) |
| | § | No. 3:14-cr-0502-M (BT) |
| UNITED STATES OF | § | |
| AMERICA, | § | |
| Respondent. | § | |

## ORDER

On September 25, 2018, the Court entered Findings, Conclusions, and a Recommendation that this case be dismissed because Movant failed to file an amended petition as ordered by the Court. (ECF No. 8.) On October 10, 2018, Movant filed his amended petition. The Court therefore VACATES its September 25, 2018, Findings, Conclusions, and Recommendation.

IT IS SO ORDERED.

SIGNED October 15, 2018.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE